# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

———

Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing

Clerk's Office
Federal Justice Building
99 N.E. 4th Street
Miami, Florida 33132
(305) 579-4430

HEARING LOCATION

12th Floor Courtroom
James Lawrence King Federal Justice
99 N.E. 4th Street
MIAMI, FLORIDA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

———

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, JANUARY 30, 2024

| | |
|---|---|
| 19-15168 | United States v. Byramji Javat, et al., Appellants (Consolidated with 20-11137, United States v. Byramji Javat, et al., Appellants and 21-13593, United States v. Calh Holding Corp., et al., Appellants) |
| 23-11423 | United States v. Suzanne Kaye, Appellant |
| 22-11675 | Maria Del Carmen Montefu Acosta, Appellant v. Miami-Dade County, et al. |
| 23-13439 & 23-13764 | Karen Finn, et al. v. Cobb County School District, Appellant |

### WEDNESDAY, JANUARY 31, 2024

| | |
|---|---|
| 23-11349 | United States v. Haitham Alhindi, Appellant |
| 22-11921 | United States v. Nigel Richardson, Appellant |
| 22-11835 | Beverly Schottenstein v. Evan Schottenstein, et al., Appellants |
| 23-13138 | American Alliance for Equal Rights, Appellant v. Fearless Fund Management, LLC, et al. |

### THURSDAY, FEBRUARY 1, 2024

| | |
|---|---|
| 22-11543 | United States v. William Gross, Jr., Appellant |
| 21-12915 | Luiz Fernandez, Appellant v. United States |
| 23-10436 | Peter Jang, et al., Appellants v. Apex Clearing Corporation |

### FRIDAY, FEBRUARY 2, 2024

| | |
|---|---|
| 22-13311 | United States v. Orestes Hernandez, Appellant |
| 22-13412 | Security and Exchange Commission, et al. v. Eleanor Fisher, et al., Appellants |
| 23-11064 | General Star National Insurance Company, Appellant v. MDLV LLC, et al. |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
12/1/23 - #9